# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN NORWOOD,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*,

    *Respondents.*

2:11-cv-00223-PMP-CWH

ORDER

In this habeas matter, the record does not reflect that Petitioner has paid the filing fee within the time allowed under the Court's prior order (#2). Further, Court mail sent to the last institutional address given by Petitioner has been returned with a notation reflecting that Petitioner has been paroled and no longer is in custody at the institution. Local Rule LSR 2-2 requires that a petitioner immediately file a written notification of any change in address.

IT THEREFORE IS ORDERED that this action is DISMISSED without prejudice. A certificate of appealability is DENIED.

The Clerk of the Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: August 30, 2011.

_____
PHILIP M. PRO
United States District Judge